

U.S. Department of Justice

Eastern District of California

United States Attorney

*McGregor W. Scott*
*United States Attorney*

*501 I Street, Suite 10-100*                             916/554-2700

*Sacramento, California  95814*                  *Fax 916/554-2900*
                                                                             *TTY 916/554-2855*

December 12, 2005

Honorable Peter A. Nowinski
U. S. Magistrate Judge
501 I Street
Sacramento, California  95814

    Re:  United States v. Benjamin Ortiz
          Magistrate # 92-084-PAN
          <u>Unlawful Flight to Avoid Prosecution</u>

Dear Magistrate Nowinski:

    There was filed before you, on March 24, 1992, a complaint for unlawful flight to avoid prosecution.

    We have been notified by the Federal Bureau of Investigation that the District Attorney's office for the County of Butte has requested that the above-referenced complaint be dismissed.

    Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                          Very truly yours,

                          McGREGOR W. SCOTT
                          United States Attorney


                          By <u>/S/ THOMAS E. FLYNN</u>
                             THOMAS E. FLYNN
                          Assistant U.S. Attorney


IT IS SO ORDERED:

    Dated:  December 13, 2005.

                            <u>/s/ Peter A. Nowinski</u>
                            PETER A. NOWINSKI
                            Magistrate Judge

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | MAGISTRATE NO. 92-084-PAN |
| v. | ) | |
| BENJAMIN ORTIZ | ) | |
| Defendant(s). | ) | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on December 12, 2005, she served a copy of the attached:

Motion to Dismiss; Proposed Order

by placing said copy into the interoffice mail.

      Federal Defender's Office

      United States Marshal's Office


                                          /S/ Patsy Silva
                                          Patsy Silva